UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DEBRADRE D. JACKSON,

    Plaintiff,

v.                                                               Case No. 17-cv-907-pp

MICHAEL KOWALCZYK, *et al.*,

    Defendants.

---

**ORDER DISMISSING CASE UNDER CIVIL LOCAL RULE 41(C) FOR FAILURE TO DILIGENTLY PURSUE IT**

---

On May 17, 2019, the court issued an order requiring the plaintiff to show cause why he had not responded to the defendants' motion for summary judgment. Dkt. No. 25. His response had been due April 17, 2019, and the court had received no response or any other communication from the plaintiff. The court ordered that if the plaintiff wanted to proceed with his case, he must provide the court with his response materials, and a written explanation of why he did not timely respond, in time for the court to receive it by the end of the day on June 7, 2019. Id. at 2. The deadline has passed, and the court has not received a response from the plaintiff.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** under Civil L.R. 41(c) for failure to diligently pursue it. If he believes he has grounds to do so, the plaintiff may petition for reinstatement of the case within twenty-one days of the date of this order.

Dated in Milwaukee, Wisconsin this 10th day of June, 2019.

                                                                         **BY THE COURT:**

                                                                         _____
                                                                         **HON. PAMELA PEPPER**
                                                                         **United States District Judge**