UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DEBRADRE D. JACKSON,

 Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

Case No. 17-cv-907-pp

MICHAEL KOWALCZYK,
and DAVID LAUNDERVILLE,

 Defendants.

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

 **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint under 42 U.S.C. §1983, that the defendants violated his civil rights, is **DISMISSED without prejudice** under Civil L.R. 41(c) for the plaintiff's failure to diligently pursue it.

 **THE COURT ORDERS** that this case is **DISMISSED**.

 Approved and dated in Milwaukee, Wisconsin this 10th day of June, 2019.

   **BY THE COURT:**

   _____
   **HON. PAMELA PEPPER**
   **United States District Court**

   STEPHEN C. DRIES
   Clerk of Court

   s/ *Cary Biskupic*
   (by) Deputy Clerk